UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
JUN 26 2002
ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

| | |
|---|---|
| PAMELA R. SUD, M.D.<br>Plaintiff | CIVIL ACTION NO.: 01-0850-M |
| VERSUS | JUDGE ROBERT G. JAMES |
| LNT, INC., FORMERLY LINENS'N THINGS,<br>ET AL<br>Defendants | MAGISTRATE JAMES D. KIRK |

### PETITION FOR LETTER ROGATORY

NOW INTO COURT, through undersigned counsel, come defendants, LNT, INC., FORMERLY LINENS'N THINGS and LIBERTY MUTUAL INSURANCE COMPANY, who respectfully show:

1.

This case involves a product liability issue and the alleged manufacturer, ROSE GARDEN/SMARTCORD and its president, Roger Wang, are located in Taipei, Taiwan.

2.

The alleged manufacturer possesses information which is necessary for a just determination of the liability issue before the Court, and Appearers desire that a Letter Rogatory be issued to the appropriate Judicial Authority in Taiwan requesting that such Authority issue the necessary judicial process to assist this Court, pursuant to 28 U.S.C. 1696 and Federal Rule of Civil Procedure, Rule 4(f)(2)(b).



3.

Defendants have filed an Answer and Third-Party Demand naming ROSE GARDEN/SMARTCORD and its president, Roger Wang, as third-party defendants. Appearers desire that this Court authorize the Judicial Authority in Taiwan pursuant to Rule 4(f)(2)(b) of the Federal Rules of Civil Procedure authorizing such Judicial Authority to effect service of process on ROSE GARDEN/SMARTCORD and ROGER WANG.

WHEREFORE, Appearer prays that the above-described Letter Rogatory be issued pursuant to 28 U.S.C. 1696 and Federal Rule of Civil Procedure, Rule 4f2(b) to the appropriate authorities in Taiwan.

RESPECTFULLY SUBMITTED,

THEUS, GRISHAM, DAVIS & LEIGH, LLP
1600 Lamy Lane
P. O. Drawer 4768
Monroe, Louisiana 71211-4768
(318) 388-0100
(318) 322-8813  - Fax

By: *Allison J. McCain*
ALLISON J. McCAIN   (#27716)

ATTORNEYS FOR LNT, INC., FORMERLY LINENS'N THINGS AND LIBERTY MUTUAL INSURANCE COMPANY

## CERTIFICATE

I do hereby certify that a copy of the above and foregoing pleading has this day been mailed via U.S. Mail, postage prepaid, to all counsel of record

Monroe, Louisiana, this 25 day of June, 2002.

_Allison J. McCain_
OF COUNSEL

N:\MMANN\AJM\LM\Sud\Documents\Sud.PetLtrRogatory.wpd/5/2/02

# United States District Court

WESTERN DISTRICT OF LOUISIANA

Pamela R. Sud, M.D.

v.

LNT, Formerly Linens'N Things, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 01-0850-M

JUDGE: Robert J. James

MAGISTRATE JUDGE: James D. Kirk

TO: (Name and Address of Defendant)

Rose Garden/Smartcord, Through its Agent for Service of Process, Roger Wang
4f, No. 2, Scc2, Chung-Chen Road
Taipei, Taiwan

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

James M. Edwards
Theus, Grisham, Davis & Leigh, L.L.P.
1600 Lamy Lane
Monroe, LA 71201

an answer to the complaint which is herewith served upon you, within ___30 days___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ROBERT H. SHEMWELL
CLERK

DATE 5-1-02

_(signature)_
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PAMELA R. SUD, M.D.<br>Plaintiff | CIVIL ACTION NO.: 01-0850-M |
| VERSUS | JUDGE ROBERT G. JAMES |
| LNT, INC., FORMERLY LINENS'N THINGS,<br>ET AL<br>Defendants | MAGISTRATE JAMES D. KIRK |

### **LETTER ROGATORY**

TO:   THE APPROPRIATE JUDICIAL AUTHORITY IN TAIWAN

In the United States District Court, Western District of Louisiana, Monroe Division, there is pending the above-captioned suit and it appears to this Court the just determination of issues presented in these matters requires service of process of the third-party demand on third-party defendants, ROSE GARDEN/SMARTCORD and ROGER WANG.

It is therefore requested that you assist this Court in serving the interest of justice and issue the appropriate subpoena or other judicial process under the procedural laws of Taiwan to require the service of process upon ROSE GARDEN/SMARTCORD and ROGER WANG whose address is 4f, No. 2 Scc2, Chung-Chen Road, Taipei, Taiwan. This Court is ready and willing to extend the same courtesies to Taiwan in a similar case upon request.

THUS DONE AND SIGNED in Monroe, Louisiana, this ___ day of _____, 2002.

---

JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA,
MONROE DIVISION

N:\MMANN\AJM\LM\Sud\Documents\Sud.LtrRogatory.wpd/5/2/02